### UNITED STATES DISTRICT COURT
### DISTRICT OF MINNESOTA

IN RE: PORK ANTITRUST LITIGATION

Civil No. 18-1776 (JRT/JFD)

This Document Relates To:

*Domino's Pizza LLC, et al. v. Agri Stats, Inc., et al.*, Civil No. 23-1831

**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANT SEABOARD FOODS LLC**

Plaintiffs Domino's Pizza LLC and Domino's Pizza Distribution LLC (collectively, "Domino's") and Defendant Seaboard Foods LLC ("Seaboard"), by and through their respective counsel, filed a stipulation to dismiss with prejudice Domino's claims in the above-captioned actions against Seaboard (the "Stipulation"). (Stipulation of Dismissal, Jan. 3, 2025, Docket No. 2848.)

Based on all the files, records, and proceedings in this case, **IT IS HEREBY ORDERED** that the parties' Stipulation [Docket No. 2848] is **GRANTED** as follows:

1. All claims brought by Domino's against Seaboard in the above-captioned actions are dismissed with prejudice as to Seaboard. This includes any claims Plaintiffs have asserted against Seaboard in Civil No. 18-1776, including in the Direct Action Plaintiffs' Consolidated Complaint ("Consolidated DAP Complaint"), Docket No. 1659, as joined by Domino's. (*See* Civil No. 23-1831, Docket No. 3.) Domino's and Seaboard shall bear their respective fees and costs.

2. This Order does not apply to and has no bearing on any plaintiff or defendant in the above-captioned actions, including any of the plaintiffs or defendants identified in the Consolidated DAP Complaint, other than Domino's and Seaboard.

DATED: January 14, 2025                          _____s/John R. Tunheim_____
at Minneapolis, Minnesota.                              JOHN R. TUNHEIM
                                                   United States District Judge