UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SANDEE'S BAKERY, ET AL.,<br><br>    Plaintiffs,<br><br>v.<br><br>AGRI STATS, INC., ET AL.,<br><br>    Defendants. | Case No. 18-CV-01891 (JRT/HB) |
| GONDOLIER PIZZA INTERNATIONAL, INC., ET AL.,<br><br>    Plaintiffs,<br><br>v.<br><br>AGRI STATS, INC., ET AL.,<br><br>    Defendants. | Case No. 18-CV-02113 (JRT/HB)<br><br>**STIPULATION TO ACCEPT SERVICE OF FIRST AMENDED AND CONSOLIDATED CLASS ACTION COMPLAINT AND EXTEND TIME TO RESPOND TO THE COMPLAINT** |

Certain plaintiffs and defendants Agri Stats, Inc., Clemens Food Group, LLC, Hormel Foods Corporation, Indiana Packers Corporation, JBS USA, Seaboard Foods, LLC, Smithfield Foods, Inc., Triumph Foods, LLC, and Tyson Foods, Inc. ("Previously Named Defendants") previously entered stipulations to extend time and to accept service of complaints in the related civil actions identified below (the "First Stipulations"); those stipulations were approved and corresponding orders entered by the presiding judge in each action as follows:

  a. *Duryea, et al. v. Agri Stats, Inc., et al.*, Case No. 18-CV-1776 (Dkt. 65);

  b. *Maplevale Farms, Inc. v. Agri Stats, Inc., et al.*, Case No. 18-CV-1803 (Dkt. 71);

  c. *John Gross and Company, Inc. v. Agri Stats, Inc., et al.*, Case No. 18-CV-1810 (Dkt. 57);

  d. *Sandee's Bakery v. Agri Stats, Inc., et al.*, Case No. 18-CV-1891 (Dkt. 50);

e. *Ferraro Foods, Inc., et al. v. Agri Stats, Inc., et al.*, Case No. 18-CV-1946 (Dkt. 45);

f. *Litterer, et al. v. Agri Stats, Inc., et al.*, Case No. 18-CV-2008 (Dkt. 52);

g. *Realdine, et al. v. Agri Stats, Inc., et al.*, Case No. 18-CV-2044 (Dkt.48);

h. *Olean Wholesale Grocery Cooperative, Inc. v. Agri Stats, Inc., et al.*, Case No. 18-CV-2058 (Dkt. 39);

i. *Bear's Restaurant Group, et al. v. Agri Stats, Inc., et al.*, Case No. 18-CV-02113 (Dkt. 44).

Following entry of the above orders, additional putative class plaintiffs filed four other actions as follows:

a. *Jeffrey Allison v. Agri Stats, Inc., et al.*, Case No. 18-CV-2337;

b. *Anderson, et al. v. Agri Stats, Inc., et al.*, Case No. 18-CV-2338;

c. *Phil's BBQ, Inc. v. Agri Stats, Inc., et al.*, Case No. 18-CV-2390; and,

d. *Joe Christiana Food Distributors, Inc. v. Agri Stats, Inc., et al.*, Case No. 18-CV-2405.

On August 17, 2018, the plaintiffs in all 13 actions ("Plaintiffs") filed three consolidated amended complaints on behalf of three putative classes of plaintiffs (collectively, the "CACs"). *See, e.g.,* Dkt. 83 in Case No. 18-CV-01803-PJS-SER (Direct Purchaser CAC); Dkt. 63 in Case No. 18-CV-01891-JRT-SER (Commercial Food Preparer CAC); Dkt. 74 in Case No. 18-CV-01776 (Indirect Purchaser CAC). Because the 13 cases had not yet been consolidated, identical amended complaints were filed in the various 13 actions—*i.e.*, the CAC on behalf of the putative Direct Purchaser Plaintiffs was filed in all of the direct purchaser actions. The CACs named the following additional defendants: The Clemens Family Corporation, Hormel Foods, LLC, Mitsubishi Corporation (Americas), JBS USA Food Company Holdings, Seaboard Corporation,

2

Tyson Prepared Foods, Inc. and Tyson Fresh Meats, Inc.[1] (the "Newly-Added Defendants") (together with Previously Named Defendants, the "Defendants").  On Friday, September 7, 2018, all thirteen actions were consolidated before Chief Judge John R. Tunheim and Magistrate Judge Hildy Bowbeer.

So as to preserve both party and judicial resources, Plaintiffs and Defendants, by and through their undersigned counsel, stipulate to the following:

1. The Newly-Added Defendants agree to accept service of the CACs with which they have not been formally served, and any future related complaints, by electronic mail on the respective undersigned counsel for each Defendant.

2. All Defendants shall answer, move or otherwise respond to the CACs by October 23, 2018 (superseding the response date specified in the First Stipulations).

3. Plaintiffs and the Defendants stipulate and agree that the entry into this stipulation by the Defendants shall not constitute a waiver of (a) any jurisdictional defenses that may be available, (b) any affirmative defenses under Rule 8 of the Federal Rules of Civil Procedure or otherwise, or (c) any other statutory or common law defenses that may be available to the Defendants in this or any other action.  The Defendants expressly reserve their rights to raise any such defenses (or any other defense) in response to either the CACs or any amended complaint that may be filed relating to these actions or others subsequently filed and served, if any.

---

[1] Tyson Prepared Foods, Inc. and Tyson Fresh Meats, Inc. were named in certain indirect purchasers' prior complaints.  Thus, both entities are Newly-Added Defendants only with respect to the Direct Purchasers CAC and the Commercial Food Preparers CAC.

3

4. Defendants agree to accept service of process for the CACs by ECF, or by email sent to the below-identified counsel in the event the ECF filing notice for the CACs does not identify such counsel as a recipient of the ECF notice.

5. Neither the parties nor the Court will be prejudiced by an extension of the responsive pleading deadline, because there are no pending pre-trial or other deadlines in these actions.

[*Remainder of the page intentionally left blank*]

**IT SO STIPULATED.**

*/s/ Shawn M. Raiter*
Shawn M. Raiter
LARSON KING LLP
30 East Seventh Street, Suite 2800
St. Paul, MN 55101
(651) 312-6518
sraiter@larsonking.com

Jonathan W. Cuneo
Joel Davidow
Blaine Finley
CUNEO GILBERT & LADUCA, LLP
4725 Wisconsin Ave. NW, Suite 200
Washington, DC 20016
(202) 789-3960
jonc@cuneolaw.com
joel@cuneolaw.com
bfinley@cuneolaw.com

Don Barrett
David McMullan
BARRETT LAW GROUP, P.A.
P.O. Box 927
404 Court Square
Lexington, MS 39095
(662) 834-2488
dbarrett@barrettlawgroup.com
dmcmullan@barrettlawgroup.com

Thomas P. Thrash
Marcus Bozeman
THRASH LAW FIRM, P.A.
1101 Garland Street
Little Rock, AR 72201
(501) 374-1058
tomthras@sbcglobal.net
mbozeman@thrashlawfirmpa.com

Dated: September 10, 2018

Jerry Abdalla
ABDALLA LAW, PLLC
602 Steed Road, Suite 200
Ridgeland, MS 32789
(601) 487-4590
gmabdall@hotmail.com

Jon Tostrud
TOSTRUD LAW GROUP, PC
1925 Century Park East
Suite 2100
Los Angeles, CA 90067
jtostrud@tostrudlaw.com

*Counsel for Plaintiffs Sandee's Bakery, Confetti's, Francis T. Enterprises d/b/a Erbert & Gerbert's, Joe Lopez d/b/a Joe's Steak and Leaf, Longhorn's Steakhouse, Betty's Eat Shop, Ziggy's BBQ Smokehouse & Ice Cream Parlor, LLC, and The Grady Corporation*

5

*/s/ J. Gordon Rudd, Jr.*
J. Gordon Rudd, Jr.
David M. Cialkowski
Behdad C. Sadeghi
ZIMMERMAN REED LLP
1100 IDS Center
80 South 8th Street
Minneapolis, MN  55402
(612) 341-0400
gordon.rudd@zimmreed.com
david.cialkowski@zimmreed.com
behdad.sadeghi@zimmreed.com

Robert J. Pavich
John J. Pavich
PAVICH LAW GROUP, P.C.
30 West Monroe Street, Suite 1310
Chicago, IL  60603
(312) 690-8400
rpavich@pavichlawgroup.com
jpavich@pavichlawgroup.com

*Counsel for Plaintiffs Gondolier Pizza International, Inc. and MCMYOYNT LLC d/b/a The Breakfast Joynt*

*/s/ Kim M. Schmid*
Kim M. Schmid
Richard Morgan
BOWMAN AND BROOKE
150 South Fifth Street, Suite 3000
Minneapolis, MN 55402
(612) 672-3247
kim.schmid@bowmanandbrooke.com
richard.morgan@bowmanandbrooke.com

Anne Lee (*pro hac vice*)
COVINGTON & BURLING LLP
One City Center, 850 Tenth Street, NW
Washington, DC 20001-4956
(202) 662-6000
alee@cov.com

*Counsel for Agri Stats, Inc.*

*/s/ Mark L. Johnson*
Mark L. Johnson
Bethany Krueger
GREENE ESPEL PLLP
222 South Ninth Street, Suite 2200
Minneapolis, MN 55402
(612) 373-0830
mjohnson@greeneespel.com
bkrueger@greeneespel.com

Daniel Laytin, P.C. (*pro hac forthcoming*)
Christa Cottrell, P.C. (*pro hac forthcoming*)
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
(312) 861-2000
daniel.laytin@kirkland.com
christa.cottrell@kirkland.com

*Counsel for Clemens Food Group, LLC and The Clemens Family Corporation*

*/s/ Richard A. Duncan*
Richard A. Duncan
Aaron D. Van Oort
Craig S. Coleman
Emily E. Chow
Isaac B. Hall
Bryan K. Washburn
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000
richard.duncan@faegrebd.com
aaron.vanoort@faegrebd.com
craig.coleman@faegrebd.com
emily.chow@faegrebd.com
isaac.hall@faegrebd.com
bryan.washburn@faegrebd.com

*Counsel for Hormel Foods Corporation and Hormel Foods, LLC*

*/s/ Jessica J. Nelson*
Jessica J. Nelson
FELHABER LARSON
220 South Sixth Street, Suite 2200
Minneapolis, MN 55402-4504
(612) 339-6321
jnelson@felhaber.com

*Counsel for JBS USA Food Company and JBS USA Food Company Holdings*

*/s/ William L. Greene*
William L. Greene
Peter J. Schwingler
STINSON LEONARD STREET
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
(612) 335-1500
william.greene@stinson.com
pete.schwingler@stinson.com

*Counsel for Seaboard Foods, LLC and Seaboard Corporation*

*/s/ Jaime Stilson*
Jaime Stilson
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
(612) 492-6746
stilson.jaime@dorsey.com

Britt M. Miller (*pro hac vice*)
Robert Entwisle (*pro hac vice*)
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606-4637
(312) 782-0600
bmiller@mayerbrown.com
rentwisle@mayerbrown.com

William Stallings (*pro hac vice*)
MAYER BROWN LLP
1999 K Street, N.W.
Washington, D.C. 20006-1101
(202) 263-3000
wstallings@mayerbrown.com

*Counsel for Indiana Packers Corporation and Mitsubishi Corporation (Americas)*

*/s/ John A. Cotter*
John A. Cotter
LARKIN HOFFMAN
8300 Norman Center Drive, Suite 1000
Minneapolis, MN 55427-1060
(952) 896-3340
jcotter@larkinhoffman.com

Richard Parker (*pro hac vice*)
Josh Lipton (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
(202) 955-8500
rparker@gibsondunn.com
jlipton@gibsondunn.com

Brian Robison (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Avenue, Suite 1100
Dallas, TX 75201-6912
(214) 698-3370
brobison@gibsondunn.com

*Counsel for Smithfield Foods, Inc.*

*/s/ Aaron Chapin*
Aaron Chapin
HUSCH BLACKWELL LLP
120 South Riverside Plaza, Suite 2200
Chicago, IL  60606
(312) 655-1500
aaron.chapin@huschblackwell.com

Gene Summerlin (*pro hac forthcoming*)
Marnie Jensen (*pro hac forthcoming*)
Ryann Glenn (*pro hac forthcoming*)
Kamron Hasan (*pro hac forthcoming*)
Quinn Eaton (*pro hac forthcoming*)
HUSCH BLACKWELL LLP
13330 California St., Suite 200
Omaha, NE 68154
(402) 964-5000
gene.summerlin@huschblackwell.com
marnie.jensen@huschblackwell.com
ryann.glenn@huschblackwell.com
kamron.hasan@huschblackwell.com
quinn.eaton@huschblackwell.com

*Counsel for Triumph Foods, LLC*

*/s/ David P. Graham*
David P. Graham
DYKEMA GOSSETT PLLC
4000 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402
(612) 486-1521
dgraham@dykema.com

Rachel J. Adcox (*pro hac vice*)
Tiffany Rider Rohrbaugh (*pro hac vice*)
AXINN, VELTROP & HARKRIDER LLP
950 F Street, N.W.
Washington, D.C. 20004
(202) 912-4700
radcox@axinn.com
trider@axinn.com

Felix J. Gilman (*pro hac vice*)
Jonathan Justl (*pro hac vice*)
AXINN, VELTROP & HARKRIDER LLP
114 West 47th Street
New York, NY 10036
(212) 728-2200
fgilman@axinn.com
jjustl@axinn.com

*Counsel for Tyson Foods, Inc., Tyson Prepared Foods, Inc. and Tyson Fresh Meats, Inc.*